IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUAR STOKES, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-3733 |
| | : | |
| AMAZON, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 15th day of August, 2024, upon consideration of Plaintiff Jacquar Stokes's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

    a. Stokes's federal claims are **DISMISSED WITH PREJUDICE** on the merits.

    b. Stokes's state claims are **DISMISSED** for lack of jurisdiction without prejudice to Stokes reasserting those claims in state court. He may not file an amended complaint in this case.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

s/ *R. Barclay Surrick*

**R. BARCLAY SURRICK, J.**